UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR ENERGY RESEARCH,

      Plaintiff,

  v.

UNITED STATES DEPARTMENT OF
AGRICULTURE,

      Defendant.

Civil Action No. 25-3370 (RC)

## NOTICE OF APPEARANCE

      The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Esther You and remove the appearance of Assistant United States Attorney Bisola Oni as counsel

for Defendant in the above-captioned case.

Dated:  July 6, 2026

Respectfully submitted,

By: _____ */s/ Esther You* _____
      ESTHER M. YOU
      D.C. Bar #1044337
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-6608

      *Attorney for the United States of America*