UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR ENERGY RESEARCH,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF
AGRICULTURE,

Defendant.

Civil Action No. 25-3370 (RC)

## JOINT STATUS REPORT

Pursuant to the Court's May 11, 2026, Minute Order, Plaintiff Institute for Energy Research ("Plaintiff") and Defendant U.S. Department of Agriculture ("USDA"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1.      Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking a response to a July 31, 2025 FOIA request. *See generally* Compl. (ECF No. 1).

2.      USDA reports that it has completed its search for potentially responsive records and identified approximately one hundred seventy (170) pages of responsive records. USDA further reports that the records are currently still undergoing subject-matter expert review. Once the records have been reviewed by the subject-matter expert, USDA intends to release all responsive pages, with exemptions applied, in a final response.

3.      In the last Joint Status Report, the Plaintiff's position was that there are only 170 pages of responsive records at issue in this case, and this Court's ordinary processing rate is 500 pages per month. Plaintiff requested that this Court impose a schedule calling for the records to be produced no later than June 11, 2026.

4.      USDA reports that it issued its final response on June 9, 2026, with 177 pages of records and certain information was withheld under FOIA Exemption 6.

5.      The parties are in the midst of settlement negotiations and propose that the Court order the parties to file another Joint Status Report on or before September 8, 2026 to provide a status update if a stipulation of dismissal is not filed prior to that date.

Dated: July 10, 2026

*/s/ Matthew D. Hardin*
MATTHEW D. HARDIN
HARDIN LAW OFFICE
101 Rainbow Drive PMB 11506
Livingston, TX 77399
(202) 802-1948
matthewdhardin@gmail.com

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____*/s/ Esther You*_____
ESTHER M. You
DC Bar # 1044337
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6608
esther.you2@usdoj.gov

*Attorneys for the United States of America*