UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR ENERGY RESEARCH,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,

*Defendant*.

Civil Action No. 25-3370 (RC)

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: August 17, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Esther You*
ESTHER M. YOU
D.C. Bar No. 1044337
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-6608
esther.you2@usdoj.gov

*Counsel for the United States of America*

*/s/ Matthew D. Hardin (by permission)*
Matthew D. Hardin
Hardin Law Office
D.C. Bar No. 1032711
101 Rainbow Drive # 11506
Livingston, TX 77399
Tel: (202) 802-1948
MatthewDHardin@gmail.com

*Counsel for Plaintiff*